No. 1465, Misc. MASON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1471, Misc. CONRAD v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1472, Misc. CHAVEZ v. BAKER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1473, Misc. LOTT v. BAKER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1478, Misc. KONCZAK v. MEEHAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 1479, Misc. DOUGLAS v. PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 1480, Misc. PIERCE v. TURNER, WARDEN. C. A. 10th Cir. Certiorari denied. *Delbert M. Draper, Jr.,* for petitioner.

No. 1484, Misc. CANTRELL v. ALABAMA. Sup. Ct. Ala. Certiorari denied. *Fred Blanton, Jr.,* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *Robert P. Bradley* and *Walter S. Turner,* Assistant Attorneys General, for respondent.

No. 1487, Misc. HOLQUIN v. ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1494, Misc. CARTER v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO. Ct. App. Cal., 4th App. Dist. Certiorari denied.